UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DANNY PAUL AND SAMANTHA PAUL** | **CIVIL ACTION NO. 1:24-cv-00149** |
| Plaintiffs | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **VERSUS** | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |
| Defendant | |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Danny Paul and Samantha Paul, and the defendant, State Farm Fire and Casualty Company, who, pursuant to Local Rule 16.4, give notice of settlement in the above-captioned matter. The parties have reached an amicable resolution as to all pending claims and expect a filed order of dismissal in the near future. Respectfully submitted:

**PORTEOUS, HAINKEL & JOHNSON**

/s/ Scott D. Peebles
RAJAN PANDIT (#32215)
JENNIFER CROSE (#32116)
SCOTT D. PEEBLES (#27032)
PANDIT LAW FIRM, LLC
701 Poydras Street, Suite 3950
New Orleans, Louisiana 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email:  jcrose@panditlaw.com
        rpandit@panditlaw.com
        speebles@panditlaw.com

/s/ Katherine P. Martin
KATHERINE PAINE MARTIN (#24186)
KAITLYN E. BOURG (#38136)
200 Beaullieu Drive, Bldg. # 3A
Lafayette, Louisiana 70508
Telephone: (337) 291-2440
Facsimile: (337) 291-2441
Email: kmartin@phjlaw.com
       kbourg@phjlaw.com
**ATTORNEYS FOR STATE FARM FIRE AND CASUALTY COMPANY**

MATTHEW M. MIZE (#33993)
ROBICHAUX, MIZE, WADSACK,
RICHARDSON & WATSON, LLC
1777 Ryan Street
Lake Charles, Louisiana 70601
Telephone: (337) 433-0234
Facsimile: (337) 433-8595
Email:  mmm@rmwlegal.com
**ATTORNEYS FOR PLAINTIFFS,
DANNY PAUL AND SAMANTHA PAUL**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2025, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                            */s/ Katherine P. Martin*
                                            KATHERINE PAINE MARTIN