UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DANNY PAUL AND SAMANTHA PAUL** | **CIVIL ACTION NO. 1:24-cv-00149** |
| Plaintiffs | |
| | **JUDGE JERRY EDWARDS, JR.** |
| VERSUS | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |
| Defendant | |

### ORDER

Considering the foregoing **JOINT MOTION FOR DISMISSAL** filed by plaintiffs, DANNY PAUL and SAMANTHA PAUL, and defendant, State Farm Fire and Casualty Company;

**IT IS ORDERED** that the above entitled and numbered case be and is hereby dismissed with prejudice, as to Plaintiffs against Defendant, as to all demands, and with each party to bear its own costs.

Alexandria, Louisiana, this 8th day of September 2025.

_Jerry Edwards, Jr._
JUDGE